UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INNOCENT MACHIE OGBO                    CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER         NO. 07-0486-FJP-DLD
OF SOCIAL SECURITY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the decision of the Commissioner denying benefits shall be AFFIRMED, and that the claimant's complaint shall be DISMISSED.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 30, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45453