UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INNOCENT MACHIE OGBO                        CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER              NO. 07-0486-FJP-DLD
OF SOCIAL SECURITY

### J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, AFFIRMING the decision of the Commissioner which denies benefits and DISMISSING the claimant's complaint.

Baton Rouge, Louisiana, September 30, 2008.

                                          _____
                                          FRANK J. POLOZOLA
                                          MIDDLE DISTRICT OF LOUISIANA

Doc#45453